UNITED STATES DISTRICT COURT OF NEW JERSEY
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------X
EVELYN BYRD and RENE GIBBS,

                          Plaintiffs,                       CIVIL ACTION NO:

     -against-

                                                   **NOTICE OF REMOVAL**

WEREKO KWAME, ZOBENG TRUCKING, LLC,
JOHN AND JANE DOE 1-10 (FICTITIOUS
UNIDENTIFIED INDIVIDUALS) AND ABC
CORPORATION 1-10 (FICTITIOUS
UNIDENTIFIED BUSINESS ENTITIES),

                        Defendants.
------------------------------------------------------------------------X

To:    Civil Pleadings Clerk, Superior Court
        Union County Justice Center
        2 Broad St.
        Elizabeth, NJ 07601

        JUDGES OF THE UNITED STATES DISTRICT COURT
        DISTRICT OF NEW JERSEY
        ML King Jr. Federal Bldg. & U.S. Courthouse
        50 Walnut Street
        Newark, New Jersey 07207

        Jorge Hernandez, Esq.
        JORGE L. HERNANDEZ, LLC
        100 Jefferson Avenue, Suite 302
        Elizabeth, New Jersey 07201
        JHERNANDEZ@LAWYERHERNANDEZ.COM

        **PLEASE TAKE NOTICE** that Defendants, WEREKO KWAME and ZOBENG TRUCKING, LLC, hereby remove the civil action entitled <u>EVELYN BYRD and RENE GIBBS v. WEREKO KWAME, et al.</u>, Docket No.: UNN-L-29-21, from the Superior Court of New Jersey, Union County, where it is now pending, to the United States District Court of the District of New Jersey pursuant to 28 U.S.C. §§ 1332 and 1441.

Dated: April 1, 2021

Respectfully submitted,

GALLO VITUCCI KLAR LLP

By: /s
ROBERTO D. URIBE (RU0067)
GALLO VITUCCI KLAR LLP
Three University Plaza, Suite 402
Hackensack, NJ 07601
201-343-1166 Phone
201-343-1223 Fax
*Attorney for Defendants:*
*WEREKO KWAME and*
*ZOBENG TRUCKING, LLC*
Our File No.: GBSU-2021-1