UNITED STATES DISTRICT COURT OF NEW JERSEY
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------X
EVELYN BYRD and RENE GIBBS,

                    Plaintiffs,

      -against-

WEREKO KWAME, ZOBENG TRUCKING, LLC,
JOHN AND JANE DOE 1-10 (FICTITIOUS
UNIDENTIFIED INDIVIDUALS) AND ABC
CORPORATION 1-10 (FICTITIOUS
UNIDENTIFIED BUSINESS ENTITIES),

                    Defendants.
------------------------------------------------------------------------X

CIVIL ACTION NO:

**RULE 7.1 STATEMENT**

To:    Civil Pleadings Clerk, Superior Court
        Union County Justice Center
        2 Broad St.
        Elizabeth, NJ 07601

        JUDGES OF THE UNITED STATES DISTRICT COURT
        DISTRICT OF NEW JERSEY
        ML King Jr. Federal Bldg. & U.S. Courthouse
        50 Walnut Street
        Newark, New Jersey 07207

        Jorge Hernandez, Esq.
        JORGE L. HERNANDEZ, LLC
        100 Jefferson Avenue, Suite 302
        Elizabeth, New Jersey 07201
        JHERNANDEZ@LAWYERHERNANDEZ.COM

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (Non-Governmental) party, ZOBENG TRUCKING, LLC, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

      None.

Dated: April 1, 2021

                                              Respectfully submitted,

                GALLO VITUCCI KLAR LLP

By:    /s/ _____
ROBERTO D. URIBE (RU0067)
GALLO VITUCCI KLAR LLP
Three University Plaza, Suite 402
Hackensack, NJ 07601
201-343-1166 Phone
201-343-1223 Fax
*Attorney for Defendants:*
*WEREKO KWAME and*
*ZOBENG TRUCKING, LLC*
Our File No.: GBSU-2021-1